# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN SANNITI,** | ) | **CASE NO. 1:23-CV-02118** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| **CITY OF CLEVELAND,** *et al.,* | ) | **SECOND AMENDED ANSWER** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Defendants City of Cleveland and *non sui juris* Cleveland Police Department respectfully move this Court, under Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file a Second Amended Answer in order to supplement it with an exhibit of a training module for Cleveland Police regarding residential search and seizure, which lies at the crux of this case.

Plaintiff will not be prejudiced by the filing of the Second Amended Answer because discovery is ongoing, no depositions have been set, dispositive motion deadlines have not been set, and trial has not been set.

The Second Amended Answer is attached as Exhibit A for reference. Defendants respectfully request that, if this motion is granted, the Second Amended Answer be deemed filed as of the date of this filing.

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law
City of Cleveland

By:     */s/ Affan Ali*
William M. Menzalora (0061136)
Chief Assistant Director of Law
Affan Ali (0085698)
Brian Kelly (0088365)
Assistant Directors of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Wmenzalora@clevelandohio.gov
AAli2@clevelandohio.gov
Bkelly@clevelandohio.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on the 20th day of February 2024. A copy was sent via ordinary mail and via the – electronic filing system on this date to those listed below:

Michael T. Conway Esq.
3456 Sandlewood Dr.
Brunswick, OH 44212

*/s/ Affan Ali*
Affan Ali (0085698)