UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN SANNITI,** | ) | CASE NO.1:23CV2118 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| **CITY OF CLEVELAND, OHIO ET AL.,** | ) | **JUDGMENT** |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    **IT IS SO ORDERED.**


    /S/Christopher A. Boyko
**HONORABLE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**